UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| CLAUDETTE T. RASMUSSEN-TRCKA<br><br>Plaintiff,<br>v.<br><br>JOHN G. KINNARD AND COMPANY, INCORPORATED, KINNARD INVESTMENTS, INCORPORATED and MILLER, JOHNSON & KUEHN, INCORPORATED,<br><br>Defendants. | Civil File No.: 00-CIV-1846 (PAM/SRN)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** and ORDER |

As to Plaintiff's claims against Defendant Miller, Johnson & Kuehn, Inc.

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their undersigned attorneys, that the same may be, and hereby are, dismissed without prejudice and without costs or disbursements to any of the parties.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the Clerk of the above Court may, and is hereby requested to, dismiss the above claims without notice to any of the parties or their respective attorneys.

Dated: August 22, 2000

**SPRENGER & LANG PLLC**

[signature]

Lawrence P. Schaefer (#195583)
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
Attorneys for Plaintiff

FILED SEP 05 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: August 22, 2000

**MAUN & SIMON, PLC**

Geoffrey P. Jarpe (#49761)
2000 Midwest Plaza Building West
810 Nicollet Mall
Minneapolis, MN 55402
(612) 904-7400
Attorneys for Defendant
Miller, Johnson & Kuehn, Inc.

Dated: August 22, 2000

**LITTLER MENDELSON, PC**

Marko J. Mrkonich (#125660)
3110 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
(612) 630-1000
Attorneys for Defendants
John G. Kinnard and Company, Incorporated and
Kinnard Investments, Incorporated

So Ordered
Sept. 5, 2000

Judge